IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,<br><br>           Plaintiff,<br><br>    v.<br><br>GLENMARK GENERICS INC., USA,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 09-608 (JJF)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

WHEREAS, the parties have reached an agreement to settle this action, IT IS HEREBY STIPULATED, subject to the approval of the Court, that:

(1) This action is stayed for sixty days to permit review of the settlement agreement by certain government authorities; and

(2) If the parties have not filed a stipulation of dismissal of this action within that sixty-day period, they shall contact the Court to report on the status of the settlement.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BLANK ROME LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Steve L. Caponi* |
| Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com | Steve L. Caponi (#3484)<br>Alisa E. Moen (#4088)<br>1201 North Market Street<br>Suite 800<br>Wilmington, DE 19801<br>caponi@blankrome.com<br>moen@blankrome.com |
| *Attorneys for Plaintiff SmithKline Beecham Corporation d/b/a GlaxoSmithKline* | *Attorneys for Defendant Glenmark Generics Inc., USA* |

SO ORDERED this ___ day of _____, 2010.

_____
United States District Court Judge