IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SMITHKLINE BEECHAM CORPORATION <br> d/b/a GLAXOSMITHKLINE, <br><br> Plaintiff, <br><br> v. <br><br> GLENMARK GENERICS INC., USA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 09-608 (JJF) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL

Plaintiff SmithKline Beecham Corp. d/b/a GlaxoSmithKline, whose corporate name is now GlaxoSmithKline LLC, and Defendant Glenmark Generics Inc., USA, hereby stipulate by and through their respective attorneys that all claims, counterclaims and defenses in the above-entitled action are dismissed pursuant to Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure without costs or attorneys' fees to either party.

SO STIPULATED:

Dated: May 21, 2010

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | BLANK ROME LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Steven L. Caponi* |
| Jack B. Blumenfeld (#1014) <br> Karen Jacobs Louden (#2881) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> klouden@mnat.com | Alisa E. Moen (#4088) <br> Steven L. Caponi (#3484) <br> 1201 Market Street <br> Suite 800 <br> Wilmington, DE 19801 <br> (302) 425-6400 <br> moen@blankrome.com <br> caponi@blankrome.com |
| *Attorneys for Plaintiff SmithKline Beecham d/b/a GlaxoSmithKline* | *Attorneys for Defendant Glenmark Generics Inc., USA* |